NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HTC CORPORATION,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**APPLE INC.,**
*Intervenor.*

---

2012-1204, -xxxx

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-721.

---

## ON MOTION

---

## ORDER

HTC Corporation moves without opposition to consolidate appeal nos. 2012-1204 with a not-yet-filed appeal, and for an extension of time to file its opening brief from the date of filing of the second notice of appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. 2012-1204 will be consolidated with the new appeal from Investigation No. 337-TA-721 when that new appeal is docketed. The appellant's opening brief is due within 60 days of the date of docketing of the new appeal.

FOR THE COURT

**APR 0 6 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Amanda S. Pitcher, Esq.
     Mark D. Fowler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2012

JAN HORBALY
CLERK